No. 487. UNITED STATES ET AL. v. CITY OF DETROIT. Appeal from the Supreme Court of Michigan. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Lyle M. Turner* for the United States, and *Glenn M. Coulter* for

the Borg-Warner Corporation, appellants. *Andrew Di-Maggio* for appellee.

